```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 46065
   KENNETH M LANE
   KIMBERLY LANE                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER
          Debtor
    SSN XXX-XX-9829    SSN XXX-XX-6302

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/15/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  24.13% from remaining funds.

     The case was paid in full 05/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
ISAC                       UNSECURED         6182.36         .00        1491.99
ROUNDUP FUNDING LLC        UNSECURED          507.50         .00         122.47
SIR FINANCE                UNSECURED OTH     1156.00         .00         288.18
LIGHTHOUSE FINANCIAL GRO   SECURED           1730.00       78.73        1730.00
DAIMLER CHRYSLER FINANCI   SECURED          17505.44     1979.99       17505.44
DAIMLER CHRYSLER FINANCI   UNSECURED         5882.43         .00        1419.61
ECONOMY FURNITURE          SECURED            500.00       39.95         500.00
ECONOMY FURNITURE          UNSECURED OTH      251.32         .00          59.17
A1 PREMIUM BUDGET          UNSECURED       NOT FILED         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED OTH      252.33         .00          59.40
CERTIFIED RECOVERY SYSTE   UNSECURED       NOT FILED         .00            .00
CFC FINANCIAL CORPORATIO   UNSECURED       NOT FILED         .00            .00
CFC FINANCIAL LLC          NOTICE ONLY     NOT FILED         .00            .00
CHATHAM DENTAL             UNSECURED       NOT FILED         .00            .00
CHECK & GO                 UNSECURED       NOT FILED         .00            .00
CHOICE CASH                UNSECURED       NOT FILED         .00            .00
CITIBANK                   UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          490.00         .00         118.25
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED         .00            .00
AMERITECH                  NOTICE ONLY     NOT FILED         .00            .00
COMCAST DIGITAL PHONE SE   UNSECURED       NOT FILED         .00            .00
DENNIS P WILLIAMS ESQ      UNSECURED       NOT FILED         .00            .00
NATIONWIDE CASH            NOTICE ONLY     NOT FILED         .00            .00
DIAMOND MARKETING          UNSECURED       NOT FILED         .00            .00
EZ LOAN                    UNSECURED       NOT FILED         .00            .00
ECONOMY FURNITURE          UNSECURED       NOT FILED         .00            .00
EMERGENCY CASH LOAN        UNSECURED       NOT FILED         .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          203.94         .00          49.22
AXSYS NATIONAL BANK        NOTICE ONLY     NOT FILED         .00            .00
FINGERHUT                  NOTICE ONLY     NOT FILED         .00            .00
NATIONAL CAPITAL MANAGEM   UNSECURED         1547.42         .00         373.44
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 46065 KENNETH M LANE & KIMBERLY LANE
```

```
HARVARD COLLECTION SERVI  NOTICE ONLY    NOT FILED              .00          .00
LAKESHORE ATHLETIC CLUB   UNSECURED      NOT FILED              .00          .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED OTH    561.16               .00       132.72
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED              .00          .00
MIDLAND CREDIT MANAGEMEN  NOTICE ONLY    NOT FILED              .00          .00
MEDICAL RECOVERY SPECIAL  UNSECURED      NOT FILED              .00          .00
NATIONWIDE ACCEPTANCE~    UNSECURED      NOT FILED              .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00              .00          .00
QUICK PAYDAY LOANS        UNSECURED      NOT FILED              .00          .00
RIO RESOURCES XTRA CASH   UNSECURED      NOT FILED              .00          .00
ISAC                      UNSECURED       3855.98               .00       930.56
UNITED CASH               UNSECURED      NOT FILED              .00          .00
UNITED COLLECTION BUREAU  UNSECURED        185.00               .00        44.65
ZALUTSKY & PINSKI LTD     UNSECURED      NOT FILED              .00          .00
SIR FINANCE               UNSECURED OTH    748.00               .00       176.91
ASSET ACCEPTANCE CORP     UNSECURED        143.98               .00        34.75
ERNESTO D BORGES JR       DEBTOR ATTY    1,500.00                       1,500.00
TOM VAUGHN                TRUSTEE                                       1,724.57
DEBTOR REFUND             REFUND                                          233.73

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  30,593.73

PRIORITY                                            .00
SECURED                                       19,735.44
    INTEREST                                   2,098.67
UNSECURED                                      5,301.32
ADMINISTRATIVE                                 1,500.00
TRUSTEE COMPENSATION                           1,724.57
DEBTOR REFUND                                    233.73
                         ---------------     ---------------
TOTALS                   30,593.73            30,593.73
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 08/27/08        _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                         PAGE   2
          CASE NO. 04 B 46065 KENNETH M LANE & KIMBERLY LANE